## 47550.  SHEAROUSE v. PAUL MILLER FORD COMPANY et al.

QUILLIAN, Judge. The appellant employed the appellee, a nonresident corporation, to repair the brakes of his automobile in Winchester, Kentucky. Upon their return to Georgia the brakes failed and the appellant's wife was involved in a collision while driving the automobile. The appellant then filed a claim against the appellee in Chatham County, Georgia, alleging that the appellee had not properly repaired the brakes. A motion to dismiss for want of jurisdiction was sustained and the appellant filed an appeal. *Held:*

The appellant neither does any business in this State nor engages in any activity which would give our courts jurisdiction under our long arm statute. *Code Ann.* § 24-113.1 (Ga. L. 1966, p. 343, as amended, Ga. L. 1970, pp. 443, 444).

*Judgment affirmed. Hall, P. J., and Pannell, J., concur.*
ARGUED OCTOBER 3, 1972—DECIDED NOVEMBER 28, 1972.

*Michael J. Gannam, Kenneth H. Cail,* for appellant.
*Bouhan, Williams & Levy, Leamon R. Holliday, III,* for appellees.